**Sergio LaFONTAINE, Petitioner–Appellant,**

v.

**COMMISSIONER OF CORRECTIONAL SERVICES, Respondent–Appellee.**

No. 05–5929–pr.

United States Court of Appeals, Second Circuit.

June 5, 2006.

Sally Wasserman, New York, NY, for Petitioner–Appellant.

Mark Dwyer, Assistant District Attorney for New York County (Robert M. Morgenthau, District Attorney for New York County, of counsel), New York, NY, for Respondent–Appellee.

PRESENT: JOSEPH M. MCLAUGHLIN, DENNIS JACOBS and B.D. PARKER, Circuit Judges.

### SUMMARY ORDER

Petitioner Sergio LaFontaine appeals from the denial of his Rule 60(b) motion for relief from the district court's June 2, 1997 judgment denying his 28 U.S.C. § 2254 petition. We assume familiarity with the facts, the procedural history, and the issues on appeal.

A motion for relief from judgment must be "made within a reasonable time." Fed. R.Civ.P. 60(b). Petitioner could have made this Rule 60(b) motion after the decision in *Galarza v. Keane,* 252 F.3d 630 (2d Cir.2001). However, this motion was not filed until over three years after the decision in *Galarza.* Accordingly, this motion was untimely. *See generally Kellogg v. Strack,* 269 F.3d 100, 104 (2d Cir.2001) (finding two year delay unreasonable); *Truskoski v. ESPN, Inc.,* 60 F.3d 74, 77 (2d Cir.1995) (finding eighteen month delay unreasonable).

* The official caption is hereby amended to reflect the correct spelling of petitioner's name,

For the foregoing reasons, the order of the district court is affirmed.